**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN QUINN SINGLETON, | Case No. 1:26-cv-02095 KES HBK |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, REMANDING ACTION TO MERCED COUNTY SUPERIOR COURT, AND DIRECTING THE CLERK OF COURT TO CLOSE CASE |
| v. | |
| NOMATHEMBA THOMPSON, | |
| Defendant. | Doc. 5 |

Plaintiff Steven Quinn Singleton, proceeding pro se, removed Merced County Superior Court Case No. 21FL-02673 to this Court. On March 24, 2026, the magistrate judge ordered Singleton to show cause why this case should not be remanded based on improper removal, as Singleton, the removing party, is the plaintiff. Doc. 3. In response, Singleton filed a "statement of no objection to remand" and "request for voluntary dismissal" of the federal court matter. Doc. 4.

On April 22, 2026, the magistrate judge issued findings and recommendations, finding "removal was improper" because Singleton was the plaintiff in the underlying action and "he may not avail himself of the removal statute." Doc. 5 at 2. The magistrate judge found that "[t]he proper remedy for improper removal is remand, not dismissal," and recommended the action be remanded to Merced County Superior Court. *Id.* The Court served the findings and recommendations on Singleton and notified him that any objections were due within 14 days. *Id.*

1

Singleton did not file objections, and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review. Having carefully reviewed the entire matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis.  The Court ORDERS:

1.      The findings and recommendations dated April 22, 2026 (Doc. 5) are ADOPTED.

2.      This action is REMANDED to the Merced County Superior Court.

3.      The Clerk of Court is directed to close this case and mail a copy of this order to Merced County Superior Court.

IT IS SO ORDERED.

Dated:    June 4, 2026

_____
UNITED STATES DISTRICT JUDGE